**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Richard Sebastian Dominguez and Maria Guadalupe Dominguez | No.  12-31871 |
| Debtor | Hon.  Timothy A. Barnes |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 6, 2017, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Nathan E Curtis and Marilyn O Marshall on March 6, 2017.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Richard Sebastian Dominguez and Maria Guadalupe Dominguez
3600 W. Scott Dr.
Alsip, IL 60803

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603